IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. CV 04-496-E-BLW |
| HALEY HOGE, | ) ) ) | |
| Plaintiff -Intervenor, | ) ) ) | |
| v. | ) ) | ORDER |
| SCOTT H. MYERS, INC., d/b/a PAPA MURPHY'S, | ) ) ) | |
| Defendant. | ) ) | |

On April 14, 2005 the Court set certain discovery motions for hearing on May 23, 2005. *Notice* (Docket No. 33). Since that time, additional discovery motions have been filed and, on May 9, 2005, the parties filed a Stipulation to Vacate Hearing (Docket No. 38) requesting additional time in which to schedule mediation before a hearing on the pending discovery motions is held.

Upon initial review of the pending discovery motions, there appears to be some level of failure to meet and confer pursuant to Fed. R. Civ. P. 37. *Response in Opposition* (Docket No. 35). Since an interest in having the May 23, 2005 hearing vacated has been expressed, and because there appears to be some potential benefit in having the parties meet and confer on the pending discovery disputes, the Court enters the following Order.

Order-1-

Based on the foregoing, IT IS HEREBY ORDERED:

1. The Court will approve the Stipulation to Vacate Hearing (Docket No. 38). The May 23, 2005 hearing scheduled in this matter is VACATED.

2. The Court will require counsel for the parties to <u>personally</u> meet and confer and advise the Court *via* a joint written report, in the form of a formal docketed pleading, identifying the specific discovery requests that remain outstanding and those requests which are no longer in dispute. In the event counsel for the parties are able to resolve any or all of the remaining discovery issues, they are to so advise the Court in their joint report which must be filed on or before **June 30, 2005**.

3. Counsel should be advised that for any discovery or other disputes remaining after counsel meet and confer, costs and fees will be awarded for any unreasonable discovery requested or any unreasonable failure to provide requests or production to reasonable requests.



DATED: **May 10, 2005**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

Order-2-